IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NICHOLAS JAMES HUNTER,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-2130

v.

JAYSA LEA HUNTER,
FORMER WIFE,

Appellee.

_____/

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

James C. Campbell and Clark H. Henderson of James C. Campbell, P.A., Shalimar,
for Appellant.

A. Richard Troell and William L. Ketchersid of Ward & Ketchersid, P.A., Destin,
for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.